# THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Receipt Number<br>N/A | USCIS Online Account Number<br>013213186147 | Case Type<br>I485 - APPLICATION TO REGISTER PERMANENT RESIDENCE OR ADJUST STATUS |
|---|---|---|
| Received Date<br>08/11/2022 | Priority Date | Applicant A078 435 006<br>BIGGS MCINTYRE, AISHA LATOYA |
| Notice Date<br>08/19/2022 | Page<br>1 of 1 | |

BARRE, ABADIR JAMA
BARRE LAW
30 BROAD STREET STE 14
NEW YORK NY 10004

**Notice Type:** USCIS Account Access Notice
**Online Access Code:** DF05A-E268-7E507

**Welcome to USCIS!**

Thank you for your recent submission. We have created a USCIS Online Account for you. With this account you can:

- Manage your clients' cases by checking case status, viewing USCIS notices, responding to requests for evidence, and uploading unsolicited evidence;
- Send us secure messages about a specific case and receive answers;
- File additional forms online for your clients; and
- Manage your account preferences and contact information.

**Log on and confirm your account within 90 days.**

To access your account, please follow the steps below:

1. Visit us online at *http://myaccount.uscis.gov.*
2. Click **"Create an account"** and follow the instructions for creating a new account.
3. Once you have created a new account, you will see the "Welcome to your USCIS Account" page. Select **"myUSCIS."**
4. On the "Account Type" page, select **"I am a Legal Representative"** and then **"Submit."** The next page will ask you to confirm that statement. Select **"I am a representative."**
5. On the "Representative Account Type" page, select **"Attorney"** or **"Accredited Representative,"** and enter your bar number or accreditation date. Click **"Continue."**
6. The next page will ask if you want to link your account using your Online Access Code. Click **"Yes"** and then **"Next."**
7. On the next page, enter your **"Online Access Code"** (see the box in the upper righthand side of this notice). The Online Access Code is case sensitive. Use capital letters when entering your code.
8. Click **"Link my account."** You will then add your profile information. After completing your profile, you can go to your homepage, where you can access information about your clients' cases.

**NOTE: Your Online Access Code will expire 90 days from the receipt date listed at the top of this letter. We will continue processing your application regardless of whether you access your USCIS Online Account. We strongly encourage you to confirm your USCIS Online Account as soon as possible and then use it in the future as your preferred method for interacting with USCIS. If you do not access your account before your code expires and you wish to access your account, you will need to request that we reset your access code. If you have questions about how to confirm your USCIS Online Account or to request that we reset your access code, please visit the USCIS Contact Center at uscis.gov/contactcenter.**

Please see the additional information on the back. We will notify you separately about any other cases you have filed.

**USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.**

National Benefits Center
U.S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 648003
Lee's Summit MO 64002

**USCIS Contact Center: www.uscis.gov/contactcenter**