An official website of the United States government Here's how you know Español Multilingual Resources

U.S. Citizenship and Immigration Services

MENU

# Case Status Online

## Case Is Still Being Processed By USCIS

As of December 28, 2023, your Form I-485, Application to Register Permanent Residence or Adjust Status, Receipt Number IOE0917275430 is still being processed. We do not currently need anything from you but will contact you if we need additional information regarding your case. If you move, go to www.uscis.gov/addresschange to give us your new mailing address.

Enter Another Receipt Number

EAC1234567890

Check Status

Already have an Account? Login

Create an Account? Sign up

DHS PRIVACY NOTICE PAPERWORK REDUCTION ACT

## Related Tools

### Change of Address